PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**        ) | |
|                                                                  ) | |
|                   **vs.**              ) | **Docket Number:  1:05CR00307-01 SMS** |
|                                                                  ) | |
| **Refugio Gonzalez**                                   ) | |
|                                                                  ) | |

On November 16, 2005, the above-named was placed on Probation for a period of 2 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

                           Respectfully submitted,

                           /s/ Jose T. Pulido

                          **JOSE T. PULIDO
                          United States Probation Officer**

Dated:       November 17, 2006
                 Fresno, California
                 JTP

**REVIEWED BY:**    /s/ Bruce A. Vasquez
                           **BRUCE A. VASQUEZ
                           Supervising United States Probation Officer**

Attachment:   Recommendation

cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

**Re:    Refugio Gonzalez**
**       Docket Number:   1:05CR00307-01 SMS**
**       ORDER TERMINATING PROBATION**
**       <u>PRIOR TO EXPIRATION DATE</u>**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:    January 3, 2007**                    /s/ Sandra M. Snyder
icido3                                   UNITED STATES MAGISTRATE JUDGE

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG